IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SCHRINER,<br><br>Defendant.<br>_____ / | CASE NO. CR F 12-0048 LJO<br>New Case Number CR F 12-0048 AWI<br><br>**ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE**<br>(Doc. 3.) |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to Case No. CR F 11-0258 AWI and other cases assigned to U.S. District Judge Anthony W. Ishii. The actions involve the same or similar parties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to a single district judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to a single district judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Anthony W. Ishii for all purposes with a new **CASE NO. CR F 12-0048 AWI**. All documents shall bear the new **CASE NO. CR F 12-0048 AWI** and the reassignment to U.S. District Judge Anthony W. Ishii.

IT IS SO ORDERED.

**Dated:     February 24, 2012             /s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE